Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, ~~[illegible]~~

**FILED**
APR 13 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>AZEEM GHOLAMI.,<br><br>  Defendant. | Case No. CR 06-00124 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE FROM APRIL 16, 2007, to OCTOBER 29, 2007<br><br>[UNDER SEAL] |

### STIPULATION

On March 17, 2006, the defendant entered into a plea agreement with the United States in which he agreed to cooperate with the United States. One of the matters in which the defendant is cooperating is the prosecution of Mohammed Yousuf Chaudhry. The Chaudhry trial is currently set to commence on September 24, 2007, and the United States anticipates that the defendant will be called to testify pursuant to the terms of his plea agreement. That plea agreement contemplates that the United States will make a motion for a downward departure to the defendant's sentence after evaluating the assistance the defendant provides to the United States. The United States will not be able to evaluate the full extent of the defendant's cooperation until after he has testified at trial in the Chaudhry matter. Therefore, the parties stipulate and agree that the sentencing in this matter should be continued until after the Chaudhry

trial is completed. Because the Chaudhry trial is anticipated to last until early October, 2007, the parties agree that the sentencing date of October 29, 2007, is appropriate and request that the Court continue sentencing in this matter until that date.

STIPULATED:

DATED: April 13, 2007

_____/s/_____
STEVEN R. MANCHESTER
Attorney for Defendant

DATED: April 13, 2007

_____/s/_____
KIRSTIN M. AULT
Assistant United States Attorney

## ORDER

Upon stipulation of the parties, and for good cause appearing, the Court ORDERS that the sentencing date in this matter shall be continued from April 16, 2007, at 1:30 p.m. to October 29, 2007, at 1:30 p.m. before the Honorable James Ware.

IT IS SO ORDERED:

DATED: April 13 2007

_____
JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA

           Plaintiff,

v.

AZEEM GHOLAMI

           Defendant.
                                            /

Case Number: CR06-00124 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kirstin Ault
Assistant United States Attorney
1301 Clay St, Ste 340S
Oakland   CA  94612

Steven R. Manchester
Manchester,Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113

Dated: April 13, 2007

                                            Richard W. Wieking, Clerk

                                            By: Elizabeth C. Garcia, Deputy Clerk